(Del. Rev. 12/98)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

NINA SHAHIN

_____
(Name of Plaintiff or Plaintiffs)

v.                                    CIVIL ACTION NO. ___07-452___

STATE OF DELAWARE

DEPARTMENT OF TRANSPORTATION
(Name of Defendant or Defendants)

FILED
JUL 20 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## COMPLAINT

1. This action is brought pursuant to __Age Discrimination in Employment Act (ADEA)__
   (Federal statute on which action is based)

   for discrimination related to __age discrimination__ jurisdiction exists by virtue of
   (In what area did discrimination occur? e.g. race, sex, religion)

   __ADEA__ .0.
   (Federal statute on which jurisdiction is based)

2. Plaintiff resides at __Kent County, 103 Shinnecock Rd.__
                       (Street Address)

   __Dover__      __Kent__       __Delaware__      __19904__
   (City)         (County)       (State)           (Zip Code)

   __(302)678-1805__
   (Area Code) (Phone Number)

3. Defendant resides at, or its business is located at __800 Bay Rd.__
                                                        (Street Address)

   __Dover__      __Kent__       __Delaware__      __19901__
   (City)         (County)       (State)           (Zip Code)

4. The alleged discriminatory acts occurred on __2006__, _____, _____.
                                                (Day)    (Month)  (Year)

5. The alleged discriminatory practice  ☒ is    ☐ is not  continuing.

6.    Plaintiff(s) filed charges with the __Del. Dept. of Labour & EEOC__
                                                                          (Agency)

__24 N.W. Front St., Suite 100, Milford, DE   19963__
(Street Address)   (City)   (County)   (State) (Zip)

regarding defendant(s) alleged discriminatory conduct on: __2006__
                                                                               (Date)

7.    Attach decision of the agency which investigated the charges referred in paragraph 6 above.

8.    Was an appeal taken from the agency's decision?    Yes **XX**    No ❏

    If yes, to whom was the appeal taken? __EEOC__

9.    The discriminatory acts alleged in this suit concern:  (Describe facts on additional sheets if necessary)

    The Plaintiff applied for the position of Assistant Director Financial Management on 2/9/2006.  The Plaintiff with two Master's Degrees and a CPA certification was evaluated only at 75% and was not even given an opportunity of an interview.

10.    Defendant's conduct is discriminatory with respect to the following:

    A.    ❏    Plaintiff's race
    B.    ❏    Plaintiff's color
    C.    ❏    Plaintiff's sex
    D.    ❏    Plaintiff's religion
    E.    ❏    Plaintiff's national origin
    F.           Plaintiff's age (57)

11. Plaintiff prays for the following relief: (Indicate the exact relief requested)

_Maximum allowed by law_

I declare under penalty of perjury that the foregoing is true and correct.

Dated: _7/18/2007_

_M. Shahi_
(Signature of Plaintiff)

EEOC Form 161 (3/98)       **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: Nina I. Shahin<br>103 Shinnecock Road<br>Dover, DE 19904 | From: Philadelphia District Office<br>21 South 5th Street<br>Suite 400<br>Philadelphia, PA 19106 |

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 17C-2006-01133 | Charles Brown, III,<br>State & Local Coordinator | (215) 440-2842 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt **of this Notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*[signature]*                           April 27, 2007

Enclosure(s)          Marie M. Tomasso,            *(Date Mailed)*
                      District Director

cc: **STATE OF DELAWARE**

Thomas Lofaro, Labor Relations Executive
OFFICE OF MGT. AND BUDGET
Carvel State Bldg., 10th Floor
820 North French Street
Wilmington, DE 19801

STATE OF DELAWARE
DEPARTMENT OF LABOR
DIVISION OF INDUSTRIAL AFFAIRS – DISCRIMINATION PROGRAM

Nina I. Shahin
103 Shinnecock Road
Dover, DE 19904

Case No. 06060273M

vs.

STATE OF DELAWARE
Department Of Transportation
303 Transportation Circle
Dover, DE 19901

### FINAL DETERMINATION AND RIGHT TO SUE NOTICE

Pursuant to 19 Del. C. § 710, et seq., the parties in the above-captioned matter are hereby Noticed of the Department's Final Determination and Right to Sue Notice, as follows:

*No-Cause Determination and Dismissal with Corresponding Right to Sue Notice.*

In this case, the Department has completed its investigation and found that there is no reasonable cause to believe that an unlawful employment practice has occurred. The Department hereby issues a No-Cause Determination and Dismissal and provides the Charging Party with a Delaware Right to Sue Notice.

This No Cause determination is based on the following facts:
In this case of alleged employment discrimination based on age, Charging Party must be able to demonstrate that Respondent based its decision not to hire her for the position of Assistant Director, Financial Management based on her age. Respondent provided Charging Party with its position in which it provided a legitimate non-discriminator reason for its employment decision. Respondent provided hiring documentation which substantiates it position with regard to hiring a more qualified individual over the age of forty. Charging Party was notified of this Agency's preliminary findings and was given an opportunity to respond. No response was provided.

See the attached Notice of Rights.

This Final Determination is hereby issued on behalf of the Department of Labor, Division of Industrial Affairs, Discrimination Program.

8/25/06
Date issued

Julie Klein Cutler, Administrator

*Delaware Department of Labor, Division of Industrial Affairs, 4425 N. Market St., Wilmington, DE 19802*

17C_DDOL_C-12-NC - No Cause Determ_DOC. 3/06

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>[X] FEPA<br>[X] EEOC | Agency(ies) Charge No(s):<br>06060273M<br>17C-2006-01133 |
|---|---|---|

Delaware Department of Labor                              and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.)<br>Ms. Nina I. Shahin | Home Phone (Incl. Area Code)<br>(302) 678-1805 | Date of Birth<br>12-18-1949 |
|---|---|---|

Street Address: 103 Shinnecock Road, Dover, DE 19904

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>STATE OF DELAWARE | No. Employees, Members<br>101 - 200 | Phone No. (Include Area Code) |
|---|---|---|

Street Address: Department Of Transportation, 303 Transportation Circle, Dover, DE 19901

DISCRIMINATION BASED ON (Check appropriate box(es).)

[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[ ] RETALIATION  [X] AGE  [ ] DISABILITY  [ ] OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 03-21-2006    Latest: 06-12-2006
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

Jurisdiction: Charging Party was denied employment at Respondent's Dover, DE location on 03/21/2006.

Charging Party's protected class: Age (56).

Adverse employment action: Hiring.

Brief statement of allegations: Charging Party was discriminated against based on her age (56) when Respondent denied her employment for a vacant Assistant Director Financial position at its Dover, DE location. Charging Party stated she received an evaluation qualification score of "75."

Respondent's explanation: None Given.

Applicable law(s): The Age Discrimination in Employment Act, as amended; the State of Delaware's Discrimination in Employment Act, as amended.

Comparator(s) or other specific reason(s) for alleging discrimination: Charging Party states her qualification rating was too low, and that she was denied an interview for the position.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Jun 21, 2006
Date — Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)








U.S. District Court
844 King Street
U.S. Courthouse
Wilmington, DE 19801







Nina Shahin, CPA, MAS, M
103 Shinnecock Rd.
Dover, DE 19904

7007 2225 0000 0220 4304