IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NINA SHAHIN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | )   Civil Action No. 07-452 GMS |
| | ) |
| STATE OF DELAWARE, AND | ) |
| DEPARTMENT OF TRANSPORTATION, | ) |
| | ) |
|     Defendants. | ) |

ORDER

At Wilmington this 7th day of August, 2007, the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.

_____
United States District Judge

FILED

AUG - 7 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE