OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

December 4, 2007

TO: Nina Shahin
103 Shinnecock Road
Dover, DE 19904

RE: **U.S. Marshal 285 Forms**
*Civ. No. 07-452(GMS)*

Dear Ms. Shahin:

Please be advised that this office has received a USM 285 for the Attorney General of the State of Delaware. The Clerk's Office was also in receipt of a USM 285 for Carolann Wicks, Secretary of Transportation. Please be advised that this is not a listed defendant in the case. Please submit USM 285 forms for the State of Delaware and the Department of Transportation.

Once the USM 285 forms are received, your complaint along with the U.S. Marshal 285 forms will be forwarded to the U.S. Marshal for service in accordance with the Court's orders.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/ead

PETER T. DALLEO
CLERK

cc: The Honorable Gregory M. Sleet
enc: Returned USM 285 form for Carolann Wicks