*NINA SHAHIN, CPA, MAS, MST*

*103 SHINNECOCK RD. DOVER, DE 19904*

*Tel. (302) 678-1805*

*Fax (302) 678-0219*

E-mail: nshahin@comcast.net

---

January 15, 2008

**UNITED STATES DISTRICT COURT**
District of Delaware
844 King Street,
U.S. Courthouse
Wilmington, DE 19801
**Attn.: Office of the Clerk**
    **Peter T. Dalleo**
**RE:**    **Docket Number 07-452(GMS)**
       **U.S. Marshal Form 285**



Dear Mr. Dalleo:

In response to your letter dated 12/04/2007 (copy of which is attached to this letter) please find attached two U.S. Marshal Form 285s:

1. One to which I made correction by removing the words 'State of Delaware' on the 'Defendant' line which appeared to be confusing to you. Please note that the name of Carolann Wicks did not appear on a 'Defendant' line but on the line 'Serve at' instructions to which specifically say 'name of individual....to serve'. Since she is the Secretary of Transportation, she is the person to be served with papers related to a lawsuit against her department. Consequently, words in the first paragraph of your letter, "The Clerk's office was also in receipt of a USM 285 for Carolann Wicks, Secretary of Transportation. Please be advised that this is not a listed defendant in the case" do not reflect the requirements of the Form USM 285.

2. Please find enclosed also a filled out second USM Form 285 for the State of Delaware to be served at the office of the governor, Ms Ruth Ann Minner.

If you have any other remarks or reservations, please do not hesitate to contact me.

Sincerely,

Nina Shahin, CPA

**Attachments:** Filled out USM Form 285 for **a)** DelDot and **b)** State of DE

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

December 4, 2007

TO: Nina Shahin
103 Shinnecock Road
Dover, DE 19904

**RE: U.S. Marshal 285 Forms**
*Civ. No. 07-452(GMS)*

Dear Ms. Shahin:

Please be advised that this office has received a USM 285 for the Attorney General of the State of Delaware. The Clerk's Office was also in receipt of a USM 285 for Carolann Wicks, Secretary of Transportation. Please be advised that this is not a listed defendant in the case. Please submit USM 285 forms for the State of Delaware and the Department of Transportation.

Once the USM 285 forms are received, your complaint along with the U.S. Marshal 285 forms will be forwarded to the U.S. Marshal for service in accordance with the Court's orders.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/ead

PETER T. DALLEO
CLERK

cc: The Honorable Gregory M. Sleet
enc: Returned USM 285 form for Carolann Wicks







**Misericordia**
NSF Young Scholars Program
Explorations in Mathematics and Biology

Ms. Nina Shahin
108 Shinnecock Rd
Dover, DE 19904

7001 2510 0004 5726 3304

RETURN RECEIPT REQUESTED

**UNITED STATES DISTRICT COURT**
District of Delaware
844 King Street,
U.S. Courthouse
Wilmington, DE 19801
**Attn.: Office of the Clerk**
      Peter T. Dalleo