OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

January 17, 2008

```
TO:   Nina Shahin
      103 Shinnecock Road
      Dover, DE 19904

      RE:  U.S. Marshal 285 Forms
           Civ. No. 07-452(GMS)
```

Dear Ms. Shahin:

    Please be advised that this office has received all required U.S. Marshal 285 forms in the above referenced case.

    Your complaint along with the U.S. Marshal 285 forms will be forwarded to the U.S. Marshal for service in accordance with the Court's orders.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                          Sincerely,


/ead                                      PETER T. DALLEO
                                          CLERK

```
cc:   The Honorable Gregory M. Sleet
      U.S. Marshal
      Pro Se Law Clerk
```