UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NINA SHAHIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-452 GMS |
| | ) | |
| STATE OF DELAWARE, and | ) | |
| DEPARTMENT OF TRANSPORTATION, | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Frederick H. Schranck on behalf of Defendants State of Delaware and Department of Transportation, in the above captioned action. This Entry of Appearance is not a waiver of any jurisdictional defects or defects in service upon the State Defendants. The State Defendants specifically reserve the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

                                                  STATE OF DELAWARE
                                                  DEPARTMENT OF JUSTICE

                                                  <u>/s/ Frederick H. Schranck</u>
                                                  Frederick H. Schranck (DE I.D. #925)
                                                  Deputy Attorney General
                                                  800 Bay Rd., P.O. Box 778
                                                  Dover, DE 19903
                                                  (302) 760-2020
                                                  Attorneys for State of Delaware and
                                                  Department of Transportation

Dated: February 8, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2008 I electronically filed *Entry of Appearance* with the Clerk of Court using CM/ECF. I hereby certify that on February 8, 2008, I have mailed by United States Postal Service, the document to the following non-registered party: Nina Shahin.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Frederick H. Schranck
Frederick H. Schranck (DE I.D. #925)
Deputy Attorney General
800 Bay Rd., P.O. Box 778
Dover, DE 19903
(302) 760-2020
Attorneys for State of Delaware and
Department of Transportation

/