# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| NINA SHAHIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-452 GMS |
| | ) |
| STATE OF DELAWARE, and | ) |
| DEPARTMENT OF TRANSPORTATION, | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Laura L. Gerard on behalf of Defendants State of Delaware and Department of Transportation, in the above captioned action. This Entry of Appearance is not a waiver of any jurisdictional defects or defects in service upon the State Defendants. The State Defendants specifically reserve the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

    STATE OF DELAWARE
    DEPARTMENT OF JUSTICE

    /s/ Laura L. Gerard
    Laura L. Gerard (DE I.D. #3202)
    Deputy Attorney General
    820 North French Street, 6th Floor
    Wilmington, DE 19801
    (302) 577-8400
    Attorneys for State of Delaware and
    Department of Transportation

Dated: February 8, 2008

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2008 I electronically filed *Entry of Appearance* with the Clerk of Court using CM/ECF. I hereby certify that on February 8, 2008, I have mailed by United States Postal Service, the document to the following non-registered party: Nina Shahin.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Laura L. Gerard
Laura L. Gerard (DE I.D. #3202)
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, DE 19801
Attorneys for State of Delaware and
Department of Transportation