**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| NINA SHAHIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-452 GMS |
| | ) | |
| STATE OF DELAWARE, and | ) | |
| DEPARTMENT OF TRANSPORTATION, | ) | |
| | ) | |
| Defendants. | ) | |

<u>ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANTS
STATE OF DELAWARE AND DEPARTMENT OF TRANSPORTATION TO
PLAINTIFF'S COMPLAINT</u>

NOW COME Defendants the State of Delaware and the Department of

Transportation ("State Defendants") by and through undersigned counsel, and hereby

Answer the Complaint and state:

1.      Paragraph No. 1 calls for a legal conclusion to which no response is required.

2.      State Defendants are without sufficient information or knowledge on which to

form a belief as to the truth of the allegations in paragraph no. 2 and therefore deny same.

3.      Admitted only that the principal place of business for State Defendant Department

of Transportation is located at 800 Bay Road, Dover, Delaware 19901.

4.      State Defendants are without sufficient information or knowledge on which to

form a belief as to the truth of the allegations in paragraph no. 4 and therefore deny same.

5.      State Defendants are without sufficient information or knowledge on which to

form a belief as to the truth of the allegations in paragraph no. 5 and therefore deny same.

6.      State Defendants are without sufficient information or knowledge on which to

form a belief as to the truth of the allegations in paragraph no. 6 and therefore deny same.

7.      Paragraph No. 7 is a statement to which no response is required.

8.      State Defendants are without sufficient information or knowledge on which to form a belief as to the truth of the allegations in paragraph no. 8 and therefore deny same.

9.      Admitted only that Plaintiff applied for, but was not interviewed for, the position of Assistant Director, Financial Management at the Department of Transportation in 2006.  Admitted only that Plaintiff's submitted Application for Employment stated Plaintiff had received two Master's degrees and held a CPA license in Pennsylvania. Admitted further only that Plaintiff was rated at a score of 75 based upon information Plaintiff provided in her Application.  The remainder of the averment is denied.

10.     Denied as alleged.

11.     Paragraph No. 11 is a request for relief by Plaintiff to which no response is required.

<div align="center">

FIRST AFFIRMATIVE DEFENSE
</div>

12.     Plaintiff lacks standing to raise the claim alleged and/or lack injury in fact.

<div align="center">

SECOND AFFIRMATIVE DEFENSE
</div>

13.     The Complaint fails to state any claim upon which relief sought may be granted.

<div align="center">

THIRD AFFIRMATIVE DEFENSE
</div>

14.     Plaintiff failed to exhaust her administrative remedies.

<div align="center">

FOURTH AFFIRMATIVE DEFENSE
</div>

15.     This Court lacks jurisdiction over the subject matter of Plaintiff's action.

<div align="center">

FIFTH AFFIRMATIVE DEFENSE
</div>

16.     Plaintiff has no property interest or other right that is subject to protection in this action.

<div align="center">

SIXTH AFFIRMATIVE DEFENSE
</div>

17.     Plaintiff's claims are barred by sovereign immunity.

<u>SEVENTH AFFIRMATIVE DEFENSE</u>

18.    Plaintiff's claims are barred by Eleventh Amendment immunity.

<u>EIGHTH AFFIRMATIVE DEFENSE</u>

19.    Plaintiff's claims are barred by absolute immunity or qualified immunity.

<u>NINTH AFFIRMATIVE DEFENSE</u>

20.    Plaintiff's claims are not ripe for adjudication.


WHEREFORE, State Defendants pray that:

1.    Plaintiff's case be dismissed in its entirety;

2.    State Defendants recover and receive any and all other relief to which they

may be entitled.

<div style="margin-left:40%">

Respectfully submitted,
STATE OF DELAWARE
DEPARTMENT OF JUSTICE

<u>/s/ Frederick H. Schranck</u>
Frederick H. Schranck (DE I.D. #925)
Deputy Attorney General
800 Bay Rd., P.O. Box 778
Dover, DE 19903
(302) 760-2020
Laura L. Gerard (DE I.D. #3202)
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorneys for State of Delaware and
Department of Transportation

</div>

Dated:  February 19, 2008

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 19, 2008, I electronically filed the attached Answer and Affirmative Defenses of State Defendants State of Delaware, Department of Transportation to Plaintiff's Complaint, with the Clerk of Court using CM/ECF and mailed by United States Postal Service, the document(s) to the following non-registered participants:

<u>By U.S. Mail, first class (2 copies):</u>
Ms. Nina Shahin
103 Shinnecock Rd.
Dover, DE 19904

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

<u>/s/ Laura L. Gerard</u>
Laura L. Gerard (DE I.D. #3202)
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Laura.Gerard@state.de.us