*NINA SHAHIN, CPA, MAS, MST*
*103 SHINNECOCK RD. DOVER, DE 19904*
*Tel. (302) 678-1805*
*Fax (302) 678-0219*
E-mail: nshahin@comcast.net

May 6, 2008

**STATE OF DELAWARE**
**Department of Justice**
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, DE 19801

**Attn.: Laura L. Gerard, Deputy Attorney General**

cc:   **United State District Court**
      **District of Delaware**
      Caleb Boggs Federal Building
      844 N. King Street
      Wilmington, DE 19801

RE: C.A. No. 07-452 GMS



Dear Ms Gerard:

With reference to the above-mentioned case I have noticed that I do not have on file your 'Entry of Appearance' Form although you filed 'Answer and Affirmative Defenses' copy of which I do have.

I specifically request the District Court explain it to me whether it is a violation and whether I am supposed to receive a copy of the 'Entry of Appearance" Form filed by the attorney representing the State in this case as well as procedural ramifications of this action.

Sincerely,

*[signature]*

**Nina Shahin, Plaintiff**

Nina Shahin, CPA
103 Shinnecock Rd.
Dover, DE 19904



WILMINGTON DE 197
07 MAY 2008 PM 3 L

United State District Court
District of Delaware
Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801



LOUIS CONLO