IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NINA SHAHIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-289 GMS |
| | ) | C.A. No. 07-452 GMS |
| STATE OF DELAWARE, et al | ) | C.A. No. 07-641 GMS/LPS |
| | ) | C.A. No. 07-642 GMS/LPS |
| | ) | C.A. No. 07-643 GMS/LPS |
| Defendants, | ) | C.A. No. 07-644 GMS/LPS |

**PLAINTIFF'S MOTION TO JOIN OTHER PARTIES AND AMENDMENT OF PLEADINGS**

The Plaintiff, Nina Shahin, files this Motion to join all lawsuits filed against the different agencies of the State of Delaware into one lawsuit. The Plaintiff also requests the new schedule for discovery for all the above-mentioned lawsuits especially since she worked as a Tax Manager of one of the busiest free tax preparation sites in the State of Delaware and had no opportunity to do anything about the necessary actions for discovery before the end of April, 2008.

The Plaintiff amends the pleadings for relief as follows: "The Plaintiff prays that the Court grant relief as may be appropriate including injunctive orders, damages and costs."

Submitted on this 16th day of May, 2008.

For the Plaintiff

*N. Shahin*

Nina Shahin, CPA

103 Shinnecock Rd.
Dover, DE 19904
(302)678-1805

DATED: May 16, 2008

## CERTIFICATE OF MAILING AND/OR DELIVERY

The undersigned certifies that on May 16, 2008, she caused the attached Plaintiff's *Motion To Join Other Parties and Amendment of Pleadings* to be delivered to the following persons in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENTS:**

1. **U.S. District Court**
   844 King Street
   U.S. Courthouse
   Wilmington, DE 19801

   MANNER OF DELIVERY:

   Original and a copy by certified mail with return receipt

2. **Stephani J. Ballard, # 3481**
   Deputy Attorney General
   Department of Justice
   State of Delaware
   Carvel State Office Building
   820 North French Street, 6th fl.
   Wilmington, DE 19801
   Attorney for Defendant

   MANNER OF DELIVERY:

   Two true copies by priority mail with confirmation of receipt

3. **Laura L. Gerard**
   Deputy Attorney General
   Department of Justice
   State of Delaware
   Carvel State Office Building
   820 North French Street, 6th fl.
   Wilmington, DE 19801
   Attorney for Defendant

   MANNER OF DELIVERY:

   Two true copies by priority mail with confirmation of receipt

4. **Frederick H. Schranck**
   Deputy Attorney General
   800 Bay Rd., P.O. Box 778
   Dover, DE 19903
   Attorney for the Defendant

MANNER OF DELIVERY:

Two true copies by priority mail with confirmation of receipt

5. **Beau Biden**
   Attorney General of the State of Delaware
   820 North French Street,
   Wilmington, DE 19801
   Attorney for Defendant

MANNER OF DELIVERY:

Two true copies by priority mail with confirmation of receipt

6. **John B. Hindman**
   Deputy Attorney General
   102 West Water St., 3rd Floor
   Dover, DE 19004-6750

MANNER OF DELIVERY:

Two true copies by priority mail with confirmation of receipt

*/s/ N. Shahin*

**Nina Shahin**

May 16, 2008

Nina Shahin, CPA
103 Shinnecock Rd.
Dover, DE 19904

Cases: C.A. No. 06-289 GMS
07-452 GMS
07-641 GMS/LPS
07-642 GMS/LPS
07-643 GMS/LPS
07-644 GMS/LPS

U.S. District Court
844 King Street
U.S. Courthouse
Wilmington, DE 19801