## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| NINA SHAHIN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STATE OF DELAWARE, and )<br>DEPARTMENT OF TRANSPORTATION, )<br>)<br>Defendants. ) | C.A. No. 07-452 GMS/LPS |

## NOTICE OF SERVICE

I, Laura L. Gerard, Deputy Attorney General, hereby certify that on June 10, 2008, caused to be served by first class mail, postage prepaid, and delivered two copies of Defendant State of Delaware's First Set of Interrogatories to Plaintiff to:

Ms. Nina Shahin
103 Shinnecock Road
Dover, DE 19904

                                       STATE OF DELAWARE
                                       DEPARTMENT OF JUSTICE

                                       */s/ Laura L. Gerard*
                                       Laura L. Gerard (DE I.D. #3202)
                                       Deputy Attorney General
                                       820 North French Street, 6th Floor
                                       Wilmington, DE 19801
                                       (302) 577-8400

DATED:       June 10, 2008