## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| NINA SHAHIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-452 GMS/LPS |
| | ) |
| STATE OF DELAWARE, and | ) |
| DEPARTMENT OF TRANSPORTATION, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

I, Laura L. Gerard, Deputy Attorney General, hereby certify that on June 10, 2008, caused to be served by first class mail, postage prepaid, and delivered two copies of Defendant State of Delaware's First Request for Production of Documents to Plaintiff to:

Ms. Nina Shahin
103 Shinnecock Road
Dover, DE 19904

             STATE OF DELAWARE
             DEPARTMENT OF JUSTICE

             */s/ Laura L. Gerard*
             Laura L. Gerard (DE I.D. #3202)
             Deputy Attorney General
             820 North French Street, 6th Floor
             Wilmington, DE 19801
             (302) 577-8400

DATED:  June 10, 2008