# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NINA SHAHIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-452 GMS/LPS |
| | ) | |
| STATE OF DELAWARE, and | ) | |
| DEPARTMENT OF TRANSPORTATION, | ) | |
| | ) | |
| Defendants. | ) | |

## STATE OF DELAWARE AND DEPARTMENT OF TRANSPORTATION'S MOTION TO COMPEL DISCOVERY, OVERRULE OBJECTIONS AND EXTEND DISCOVERY SCHEDULE

NOW COME Defendants the State of Delaware and the Department of Transportation ("State Defendants"), by and through counsel, and under Fed. R. Civ. Pro. 37 respectfully request that this Honorable Court compel Plaintiff to produce discovery in response to State Defendants' discovery requests, without objection, at the Wilmington office of State Defendants' counsel. In support of the Motion to Compel, State Defendants state:

1.    On or about July 20, 2007, Plaintiff filed her Complaint against the above State Defendants, in which she alleges age discrimination concerning her application for a position of Assistant Director Financial Management with the Delaware Department of Transportation, in which Plaintiff alleges she was evaluated at 75% and not afforded an interview. (D.I. 2).

2.    On February 19, 2008, State Defendants filed their Answer to the Complaint. (D.I. 14).

3.    On February 20, 2008, this Honorable Court entered a Scheduling Order (D.I. 15), which includes the following deadlines:

      a.    April 21, 2008: All motions to join parties and amend pleadings to be filed;

     b.     August 21, 2008: All discovery to be completed;

     c.     October 21, 2008:  All motions for summary judgment to be filed.

No trial date was established in the Scheduling Order.

4.     On May 20, 2008, Plaintiff filed a Motion to Join her five lawsuits she currently has pending in this Court and one lawsuit in the U.S. Circuit Court of Appeals, Third Circuit, and to amend the pleadings. (D.I. 17).

5.     On June 10, 2008, State Defendants filed its response opposing Plaintiff's Motion to Join. (D.I. 18).

6.     Also on June 10, 2008, State Defendants propounded its First Set of Interrogatories and Requests for Production to Plaintiff. (D.I. 19, 20) (Exhibit 1).

7.     After not receiving Plaintiff's responses to its first set of discovery requests, State Defendants sent a letter to Plaintiff, dated July 22, 2008, requesting that she provide her responses to the discovery requests. (Exhibit 2).

8.     By letter dated July 23, 2008 (D.I. 15) (Exhibit 3), Plaintiff answered that she would not be responding to discovery because of her multiple lawsuits, her Motion to Join, and a personal matter.

9.     By letter dated July 25, 2008 (Exhibit 4), State Defendants requested again that Plaintiff provide her responses to the discovery requests.

10.     The undersigned attorney submits that the two letters to Plaintiff are a reasonable effort to reach an agreement on the outstanding discovery at issue. D. Del. L. R. 7.1.1.

11.     As of the date of this filing, State Defendants have not received any further correspondence from Plaintiff nor received Plaintiff's responses to their discovery requests.

12.     State Defendants' discovery requests are plainly calculated to lead to discoverable evidence and, therefore, are appropriate. (Exhibit 1).

13.     Despite repeated efforts on the part of State Defendants' counsel to secure responses to their discovery requests, State Defendants have been unable to acquire responses via amicable means.

14.     Plaintiff's failure to respond to State Defendants' discovery leaves the State Defendants at a distinct disadvantage given the current Scheduling Order's discovery deadline.

15.     State Defendants have not previously requested an extension of the discovery deadline set forth in the Scheduling Order.

16.     Plaintiff has been recently occupied with filing various Motions for Sanctions against several other attorneys in one of her other lawsuits, *Shahin v. Darling, et al.*, No. 08-295 GMS, as evidenced by that case's attached docket. (Exhibit 5).

WHEREFORE, Defendants State of Delaware and the Department of Transportation respectfully request that this Court enter an Order compelling Plaintiff to comply with State Defendants' discovery requests within ten (10) days without objection, and modify the Scheduling Order to extend the discovery deadline from August 21, 2008 to September 21, 2008, as set forth in the attached form of Order.

Respectfully submitted,

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

*/s/ Frederick H. Schranck*
Frederick H. Schranck (DE I.D.# 925)
Deputy Attorney General
800 Bay Rd., P.O. Box 778
Dover, DE 19903
(302) 760-2020

*/s/ Laura L. Gerard*
Laura L. Gerard (DE I.D. #3202)
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400

Attorneys for State of Delaware and
Delaware Dept. of Transportation

Dated:  August 19, 2008

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NINA SHAHIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-452 GMS/LPS |
| | ) | |
| STATE OF DELAWARE, and | ) | |
| DEPARTMENT OF TRANSPORTATION, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER COMPELLING DISCOVERY, OVERRULING OBJECTIONS, AND MODIFYING SCHEDULING ORDER

AND NOW, this _____ day of _____, 2008, upon consideration of Defendants' Motion to Compel Discovery, Overrule Objections, and Extend Discovery Schedule, and any response thereto, it is hereby ORDERED that Defendant's Motion is GRANTED, and IT IS FURTHER ORDERED that:

1.      Any discovery objections of Plaintiff to Defendant's First Set of Interrogatories and Request for Production of Documents Directed to Plaintiff are OVERRULED; and

2.      Plaintiff shall, without objection, within ten (10) days of the date of this ORDER, produce and serve on Defendants' counsel any and all responses to Defendants' First Set of Interrogatories and Request for Production of Documents (D.I. No. 19, 20); and

3.      The discovery deadline shall be extended thirty (30) days, until September 21, 2008, for State Defendants only; and

4.      The Scheduling Order dates pertaining to dispositive motions shall remain at October 21, 2008.

_____
Honorable Gregory M. Sleet
Chief Judge, United States District Court

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 19, 2008, I electronically filed the attached State of

Delaware, Department of Transportation's Motion to Compel Discovery, Overruling Objections,

and Modify Scheduling Order, with the Clerk of Court using CM/ECF and mailed by United

States Postal Service, the document(s) to the following non-registered participant:

<u>By U.S. Mail, first class (2 copies):</u>
Ms. Nina Shahin
103 Shinnecock Rd.
Dover, DE 19904

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

*/s/ Laura L. Gerard*
Laura L. Gerard (DE I.D. #3202)
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Laura.Gerard@state.de.us

# EXHIBIT 1

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| NINA SHAHIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-452 GMS/LPS |
| | ) | |
| STATE OF DELAWARE, and | ) | |
| DEPARTMENT OF TRANSPORTATION, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

I, Laura L. Gerard, Deputy Attorney General, hereby certify that on June 10, 2008, caused to be served by first class mail, postage prepaid, and delivered two copies of Defendant State of Delaware's First Set of Interrogatories to Plaintiff to:

Ms. Nina Shahin
103 Shinnecock Road
Dover, DE 19904

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

*/s/ Laura L. Gerard*
Laura L. Gerard (DE I.D. #3202)
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400

DATED:      June 10, 2008

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

NINA SHAHIN,                                )
                                           )
    Plaintiff,                          )
                                           )
       v.                             )          C.A. No. 07-452 GMS/LPS
                                           )
STATE OF DELAWARE, and                     )
DEPARTMENT OF TRANSPORTATION,              )
                                           )
    Defendants.                         )

## FIRST SET OF INTERROGATORIES DIRECTED TO PLAINTIFF

Defendants hereby request Plaintiff fully answer, in writing and under oath, each of the following interrogatories within 30 days of receipt pursuant to Fed.R.Civ.P. 33.   These interrogatories are continuing and the information requested must be kept current by supplementation.

As used in these interrogatories, "you" or "yours" means and refers to the Plaintiff, her attorney(s) and their agents and employees.

## INTERROGATORIES

1.      Identify by name, address, and telephone number all persons with knowledge of the facts as to each allegation as set out in your most recent complaint and identify those persons that have been interviewed on your behalf and as to the interview, state: the date, the location, the subject matter and any documents discussed, identified or provided by that person.

**Answer:**

1

2.      Identify each and all documents or other items of evidence that you intend to use in this lawsuit, for any purpose, including, but not limited to cross-examination, during any pretrial or trial proceedings.

**Answer**:


3.      For each allegation you are presenting in this matter, state with particularity and specificity the complete factual basis for each allegation and identify all persons having knowledge as well as each and all documents or other items of evidence in your possession that relate to each claim.

**Answer**:


4.      Identify in chronological order all health care providers (e.g. doctors, dentists, physicians, surgeons, therapists, etc.) that have treated or examined you in the last 10 years and provide the dates of service or treatment, the nature of any treatment or examination and the result of each treatment or examination.

**Answer**:


5.      State and identify by names of parties, court or administrative body and case number all lawsuits or legal proceedings, at law or equity, of any nature in which you were a party and the disposition of that matter.

**Answer**:


6.      Identify by name, address, phone number, location, date and persons present, all

2

individuals that have been interviewed by you in connection with this matter and whether any documents or memorandum were prepared relating to that interview.

**Answer:**

7.    Identify each and all photographs, videotapes, audio tapes or any other form of recording media that relate to this matter, and state the time, date, location and manner that such were made as well as the names of all individuals that have the originals or copies.

**Answer:**

8.    State and describe by amount and source all funds provided to you for the last 10 years and include the dates you first starting receiving such funds and the reasons the funds are provided to you.

**Answer:**

9.    State and describe any efforts in chronological order that you have undertaken to seek or gain employment, self-employment or different employment other source of remuneration since 2004.

**Answer:**

10.    Regarding your employment history, list in chronological order the names of all your employers, location of the job, position or duties of position and inclusive periods of such employment to the present time.

**Answer:**


11.    List in chronological order all of your formal education.  Please include the name and address of each educational institution or school, the dates of your attendance and the degree(s) awarded.

**Answer:**


12.    To the extent you are claiming damages, please state, identify and describe the nature, and the basis of such claims as well as how such amounts were calculated.

**Answer:**


STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Frederick H. Schranck
Frederick H. Schranck (DE I.D.# 925)
Deputy Attorney General
800 Bay Rd., P.O. Box 778
Dover, DE 19903
(302) 760-2020

/s/ Laura L. Gerard
Laura L. Gerard (DE I.D. #3202)
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400


DATED:    June 10, 2008


4

**Discovery Documents**
1:07-cv-00452-GMS Shahin v. State of Delaware et al
PaperDocuments

## U.S. District Court

## District of Delaware

### Notice of Electronic Filing

The following transaction was entered by Gerard, Laura on 6/10/2008 at 10:16 AM EDT and filed on 6/10/2008

| | |
|---|---|
| **Case Name:** | Shahin v. State of Delaware et al |
| **Case Number:** | 1:07-cv-452 |
| **Filer:** | Department of Transportation |
| | State of Delaware |

**Document Number:** 19

**Docket Text:**
**NOTICE OF SERVICE of First Set of Interrogatories Directed to Plaintiff by State of Delaware, Department of Transportation.(Gerard, Laura)**

**1:07-cv-452 Notice has been electronically mailed to:**

Laura L. Gerard      Laura.Gerard@State.de.us

Frederick H. Schranck      fritz.schranck@state.de.us, cindy.taylor@state.de.us, donnam.miller@state.de.us

**1:07-cv-452 Notice has been delivered by other means to:**

Nina Shahin
103 Shinnecock Road
Dover, DE 19904

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=6/10/2008] [FileNumber=580419-0]
[727a772fc53930fd13e59f58e50ff01abb0e7c85468df80e709ab7b65edd0a55e45a
41d521de382af6e577fb76004c00c9d106ec37e94a412f65894e1688366a]]

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NINA SHAHIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-452 GMS/LPS |
| | ) | |
| STATE OF DELAWARE, and | ) | |
| DEPARTMENT OF TRANSPORTATION, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

I, Laura L. Gerard, Deputy Attorney General, hereby certify that on June 10, 2008, caused to be served by first class mail, postage prepaid, and delivered two copies of Defendant State of Delaware's First Request for Production of Documents to Plaintiff to:

Ms. Nina Shahin
103 Shinnecock Road
Dover, DE 19904

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

*/s/ Laura L. Gerard*
Laura L. Gerard (DE I.D. #3202)
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400

DATED:    June 10, 2008

**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| NINA SHAHIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    C.A. No. 07-452 GMS/LPS |
| | ) |
| STATE OF DELAWARE, and | ) |
| DEPARTMENT OF TRANSPORTATION, | ) |
| | ) |
| Defendants. | ) |

## 1st REQUEST FOR PRODUCTION DIRECTED TO PLAINTIFF

Defendant hereby requests that Plaintiff produce at Defendant's attorneys' office for the purpose of inspection and copying, all of the following documents or evidence within 30 days pursuant to Fed.R.Civ.P. 34.   These requests for production are continuing and the items requested must be kept current by supplementation.

As used in this request for production, "you" or "yours" means and refers to plaintiff, his attorney(s) and their agents and employees.

Defendant requests that Plaintiff produce complete originals of the following:

1.      Any and all documents and tangible things referred to in plaintiff's complaints in this matter.

2.      Any and all documents and tangible things identified or that should be identified in response to requesting defendant's interrogatories.

3.     Any and all reports, including drafts, by an expert retained by plaintiff in connection with this matter as well as his or her current qualifications, and any documents supplied or reviewed by that individual.

4.     Any and all statements, in writing or oral, by any party or witness, in any form, relating to the incidents that form the basis of this lawsuit.

5.     Any and all videotapes, audiotapes, or photographs taken by you that refers or relates to any claim or defense in the present matter.

6.     Any and all medical records or reports regarding the examination or treatment of plaintiff.

7.     Any and all documents or physical evidence that supports any claim of Plaintiff for damages of any nature.

8.     Any and all applications for employment or self-employment for the last 7 years.

9.     Any and all federal and State tax returns for the last 7 years.

10.    Any and all documents concerning your application to proceed without prepayment of fees and affidavit, including but not limited to the "trust" referred to in Question No. 5 of your application.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Frederick H. Schranck
Frederick H. Schranck (DE I.D.# 925)
Deputy Attorney General
800 Bay Rd., P.O. Box 778
Dover, DE 19903
(302) 760-2020

/s/ Laura L. Gerard
Laura L. Gerard (DE I.D. #3202)
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400

DATED:     June 10, 2008

**Discovery Documents**
1:07-cv-00452-GMS Shahin v. State of Delaware et al
PaperDocuments


### U.S. District Court

### District of Delaware

**Notice of Electronic Filing**

The following transaction was entered by Gerard, Laura on 6/10/2008 at 10:18 AM EDT and filed on 6/10/2008

**Case Name:**      Shahin v. State of Delaware et al
**Case Number:**    1:07-cv-452
**Filer:**          Department of Transportation
                    State of Delaware
**Document Number:** 20

**Docket Text:**
**NOTICE OF SERVICE of First Request for Production Directed to Plaintiff by State of Delaware, Department of Transportation.(Gerard, Laura)**


**1:07-cv-452 Notice has been electronically mailed to:**

Laura L. Gerard      Laura.Gerard@State.de.us

Frederick H. Schranck      fritz.schranck@state.de.us, cindy.taylor@state.de.us,
donnam.miller@state.de.us

**1:07-cv-452 Notice has been delivered by other means to:**

Nina Shahin
103 Shinnecock Road
Dover, DE 19904

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=6/10/2008] [FileNumber=580422-0]
[80c533a5e99f31d362a2783ac8f65daf549f929d14cf273ecd987cae622f829a3d1d
2c1d1c00f450a7a5705f8383684781a2e6e4204c57f0cd03fce999bc827a]]

# EXHIBIT 2



**DEPARTMENT OF JUSTICE**
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CIVIL DIVISION (302) 577-8400
FAX (302) 577-6630
CRIMINAL DIVISION (302) 577-8500
FAX (302) 577-2496
FRAUD DIVISION (302) 577-8600
FAX (302) 577-6499
TTY (302) 577-5783

JOSEPH R. BIDEN, III
ATTORNEY GENERAL

New Castle County -- Civil Division

July 22, 2008

<u>BY OVERNIGHT MAIL</u>

Ms. Nina Shahin
103 Shinnecock Rd.
Dover, DE 19904

     RE:    Shahin v. Delaware Dept. of Transportation
               <u>C.A. No. 06-452 GMS/LPS [Corrected Civil Action Number]</u>

Dear Ms. Shahin:

On June 10, 2008, the State served discovery requests on you, specifically Requests for Production of Documents and Interrogatories. Your responses were due within thirty days. To date, neither Mr. Schranck nor I have received your responses nor have we received a request from you for an extension of time to answer.

Please provide your responses. Thank you.

Sincerely,

Laura L. Gerard
Deputy Attorney General

cc:    Frederick H. Schranck, Deputy Attorney General

# EXHIBIT 3

**NINA SHAHIN, CPA, MAS, MST**

**103 SHINNECOCK RD. DOVER, DE 19904**

**Tel. (302) 678-1805**

**Fax (302) 678-0219**

**E-mail: nshahin@comcast.net**

---

**July 23, 2008**

**Department of Justice**
820 North French Street
Wilmington, DE 19801
**Attn.: Laura L. Gerard**

**cc:**    **Federal District Court**
           844 North King St.
           Wilmington, DE 19801

**RE:**    **Case No. 06-452 GMS/LPS**

Dear Ms Gerard:

In response to your recent communications I would like to respond that I have six cases against different agencies of the State of Delaware and cannot handle six attorneys one at a time: I do not have time, or money to do that.    I have filed a Motion to consolidate my case into one and would like to handle all six attorneys together and process my requests for discovery at the same time.    Until I get the decision of the presiding judge on the Motion I will not be able to assist you with any of your request.

At the moment I have to submit two supporting briefs by July 31, 2008 to the District court and I have a 25-year daughter with a broken neck and hallow jacket to attend to her needs and doctor's visits.

You are free to proceed to the court for its action to this response.

Sincerely,

*N. Shahin*

**Nina Shahin, CPA, MAS, MST**

FILED

JUL 2 4 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

WILMINGTON DE 197

23 JUL 2008 PM 3 T

**Federal District Court**
844 North King St.
Wilmington, DE 19801

Nina Shahin, CPA
103 Shinnecock Rd.
Dover, DE 19904

**Gerard Laura (DOJ)**

| | |
|---|---|
| **From:** | ded_nefreply@ded.uscourts.gov |
| **Sent:** | Thursday, July 24, 2008 2:41 PM |
| **To:** | ded_ecf@ded.uscourts.gov |
| **Subject:** | Activity in Case 1:07-cv-00642-GMS Shahin v. State of Delaware et al Letter |

This is an automatic e-mail message generated by the CM/ECF system. **Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### District of Delaware

**Notice of Electronic Filing**

The following transaction was entered on 7/24/2008 at 2:40 PM EDT and filed on 7/24/2008
**Case Name:**          Shahin v. State of Delaware et al
**Case Number:**       1:07-cv-642
**Filer:**
**Document Number:** 15

**Docket Text:**
**Letter to Larua Gerard, Esq. from Nina Shahin. (mmm)**

**1:07-cv-642 Notice has been electronically mailed to:**

Laura L. Gerard  Laura.Gerard@State.de.us

**1:07-cv-642 Notice has been delivered by other means to:**

Nina Shahin
103 Shinnecock Road
Dover, DE 19904

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=7/24/2008] [FileNumber=604058-0]
[8d9f93b886b977a2aff02a1537b5ac3304c38c01aa3cb04334882892709ac9d2e0b1
62d2fdf6fc0c7a534b146bf311de0dffc4a7ac9860ed9561813c9b2ea21f]]

# EXHIBIT 4



**DEPARTMENT OF JUSTICE**
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CIVIL DIVISION (302) 577-8400
FAX (302) 577-6630
CRIMINAL DIVISION (302) 577-8500
FAX (302) 577-2496
FRAUD DIVISION (302) 577-8600
FAX (302) 577-6499
TTY (302) 577-5783

**JOSEPH R. BIDEN, III**
ATTORNEY GENERAL

New Castle County – Civil Division                         July 25, 2008

**BY OVERNIGHT MAIL**
Ms. Nina Shahin
103 Shinnecock Rd.
Dover, DE 19904

RE:   Shahin v. Delaware Dept. of Transportation
      C.A. No. 06-452 GMS/LPS

Dear Ms. Shahin:

Thank you for your July 23, 2008 letter, concerning the above-referenced matter.

I am sorry to hear about your daughter's medical condition. Nonetheless, you filed the above lawsuit and we are on a tight schedule, set forth in the Court's Scheduling Order. The State Department of Transportation intends to meet those scheduling deadlines. The fact that you have chosen to file multiple additional lawsuits is not a matter of our clients' doing, but yours. Such choices have consequences.

With respect to your Motion to Consolidate, we note that the parties are under no present constraints absent a Court Order on that Motion. Therefore, we intend to press for your responses as due per Court Rules and the Court's current Scheduling Order. As you suggest, we will consider the appropriate application for relief to the Court at the appropriate time, if your responses are not forthcoming in the near future.

Again, we look forward to receiving your responses. Thank you.

Sincerely,

Laura L. Gerard
Deputy Attorney General

cc:   Frederick H. Schranck, Deputy Attorney General

# EXHIBIT 5

PaperDocuments

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:08-cv-00295-GMS

Shahin v. Darling et al
Assigned to: Judge Gregory M. Sleet
Demand: $9,000,000
Related Cases: <u>1:06-cv-00289-GMS</u>
     <u>1:07-cv-00373-GMS</u>
     <u>1:07-cv-00452-GMS</u>
     <u>1:07-cv-00641-GMS</u>
     <u>1:07-cv-00642-GMS</u>
     <u>1:07-cv-00643-GMS</u>
     <u>1:07-cv-00644-GMS</u>
Cause: 42:1983 Civil Rights Act

Date Filed: 05/20/2008
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Nina Shahin**
         represented by **Nina Shahin**
                   103 Shinnecock Road
                   Dover, DE 19904
                   PRO SE

V.

**Defendant**

**Pamela A. Darling**
*Justice of Peace Court #16 for Kent County*
         represented by **Kevin R. Slattery**
                   Department of Justice
                   820 N. French Street, 8th Floor
                   Carvel Office Building
                   Wilmington, DE 19801
                   (302) 577-8500
                   Email: kevin.slattery@state.de.us
                   *ATTORNEY TO BE NOTICED*

**Defendant**

**Merrill C. Trader**
*Judge of the Court of Common Pleas of Kent County*
         represented by **Kevin R. Slattery**
                   (See above for address)
                   *ATTORNEY TO BE NOTICED*

**Defendant**

**Rosemary Betts Beauregard**
*Judge of the Court of Common Pleas of Sussex County*
         represented by **Kevin R. Slattery**
                   (See above for address)
                   *ATTORNEY TO BE NOTICED*

**Defendant**

**Robert B. Young**                         represented by **Kevin R. Slattery**
*Judge of the Superior Court of the Kent*                  (See above for address)
*County*                                                   *ATTORNEY TO BE NOTICED*

**Defendant**

**William L. Witham**                       represented by **Kevin R. Slattery**
*Judge of the DE Superior Court for*                       (See above for address)
*Kent County*                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**Jack B. Jacobs**                          represented by **Kevin R. Slattery**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Carolyn Berger**                          represented by **Kevin R. Slattery**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Henry DuPont Ridgely**                    represented by **Kevin R. Slattery**
*Judge of the Supreme Court of*                            (See above for address)
*Delaware*                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Myron T. Steel**                          represented by **Kevin R. Slattery**
*Chief Judge, Court of the Judiciary*                      (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Liguori Morris & Yiengst**                represented by **Norman H. Brooks, Jr.**
                                                           Marks, O'Neill, O'Brien & Courtney,
                                                           P.C.
                                                           913 North Market Street
                                                           Suite 800
                                                           Wilmington, DE 19801
                                                           (302) 658-6538
                                                           Email: nbrooks@mooclaw.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Theodore John Segletes, III**
                                                           Marks, O'Neill, O'Brien & Courtney,
                                                           P.C.
                                                           913 North Market Street
                                                           Suite 800
                                                           Wilmington, DE 19801
                                                           (302) 658-6538

Fax: (302) 658-6537
Email: tsegletes@mooclaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Young Conaway Stargatt & Taylor LLP**         represented by    **Richard H. Morse**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
Email: rmorse@ycst.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Linda Lavender**         represented by    **Kevin R. Slattery**
*Court of Common Pleas Court Reporter*          (See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sheila A. Dougerty**         represented by    **Kevin R. Slattery**
*Chief Court Reporter at Superior Court*          (See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/20/2008 | 1 | COMPLAINT filed Pro Se with Jury Demand against Myron T. Steel, Liguori Morris & Yiengst, Young Conaway Stargatt & Taylor LLP, Linda Lavender, Sheila A. Dougerty, Pamela A. Darling, Merrill C. Trader, Rosemary Betts Beauregard, Robert B. Young, William L. Witham, Jack B. Jacobs, Carolyn Berger, Henry DuPont Ridgely ( Filing fee $ 350, receipt number 152035.) - filed by Nina Shahin. (Magistrate Consent Notice and Privacy Act Notice Mailed to Plaintiff) (Attachments: # 1 Civil Cover Sheet)(ead) (Entered: 05/21/2008) |
| 05/20/2008 | 2 | Notice of Availability of a U.S. Magistrate Judge to Exercise Jurisdiction (ead) (Entered: 05/21/2008) |
| 05/20/2008 |  | No Summons Issued (ead) (Entered: 05/21/2008) |
| 05/28/2008 |  | Case assigned to Judge Gregory M. Sleet. Please include the initials of the Judge (GMS) after the case number on all documents filed. (rjb) (Entered: 05/28/2008) |
| 05/28/2008 |  | Summons Issued as to Myron T. Steel on 5/28/2008; Liguori Morris & Yiengst on 5/28/2008; Young Conaway Stargatt & Taylor LLP on 5/28/2008; Linda Lavender on 5/28/2008; Sheila A. Dougerty on 5/28/2008; Pamela A. Darling on 5/28/2008; Merrill C. Trader on 5/28/2008; Rosemary Betts Beauregard on |

| | | |
|---|---|---|
| | | 5/28/2008; Robert B. Young on 5/28/2008; William L. Witham on 5/28/2008; Jack B. Jacobs on 5/28/2008; Carolyn Berger on 5/28/2008; Henry DuPont Ridgely on 5/28/2008. (ead) (Entered: 05/28/2008) |
| 05/28/2008 | 3 | Letter to Clerk of Court from Nina Shahin regarding enclosed forms. (Attachments: # 1 Acknowledgment of Receipt for Fed. R. Civ. P. 4, # 2 Acknowledgment of Receipt for AO Form 85)(mmm) (Entered: 05/29/2008) |
| 07/02/2008 | 4 | Letter to Chief Judge Gregory J. Sleet from Richard H. Morse regarding Allegations against YCST and Monte Squire. (Morse, Richard) (Entered: 07/02/2008) |
| 07/08/2008 | | Alias Summons Issued as to Linda Lavender on 7/8/2008. (rwc) (Entered: 07/08/2008) |
| 07/08/2008 | 7 | Letter to Clerk of Court from Nina Shahin regarding proof of service. (mmm) (Entered: 07/10/2008) |
| 07/08/2008 | 8 | SUMMONS Returned Executed by Nina Shahin. Pamela A. Darling served on 6/24/2008, answer due 7/14/2008. (mmm) (Entered: 07/10/2008) |
| 07/08/2008 | 9 | SUMMONS Returned Executed by Nina Shahin. Merrill C. Trader served on 6/24/2008, answer due 7/14/2008. (mmm) (Entered: 07/10/2008) |
| 07/08/2008 | 10 | SUMMONS Returned Executed by Nina Shahin. Rosemary Betts Beauregard served on 6/23/2008, answer due 7/14/2008. (mmm) (Entered: 07/10/2008) |
| 07/08/2008 | 11 | SUMMONS Returned Executed by Nina Shahin. Robert B. Young served on 6/24/2008, answer due 7/14/2008. (mmm) (Entered: 07/10/2008) |
| 07/08/2008 | 12 | SUMMONS Returned Executed by Nina Shahin. William L. Witham served on 6/24/2008, answer due 7/14/2008. (mmm) (Entered: 07/10/2008) |
| 07/08/2008 | 13 | SUMMONS Returned Executed by Nina Shahin. Jack B. Jacobs served on 6/23/2008, answer due 7/14/2008. (mmm) (Entered: 07/10/2008) |
| 07/08/2008 | 14 | SUMMONS Returned Executed by Nina Shahin. Carolyn Berger served on 6/23/2008, answer due 7/14/2008. (mmm) (Entered: 07/10/2008) |
| 07/08/2008 | 15 | SUMMONS Returned Executed by Nina Shahin. Henry DuPont Ridgely served on 6/23/2008, answer due 7/14/2008. (mmm) (Entered: 07/11/2008) |
| 07/08/2008 | 16 | SUMMONS Returned Executed by Nina Shahin. Myron T. Steel served on 6/24/2008, answer due 7/14/2008. (mmm) (Entered: 07/11/2008) |
| 07/08/2008 | 17 | SUMMONS Returned Executed by Nina Shahin. Liguori Morris & Yiengst served on 6/24/2008, answer due 7/14/2008. (mmm) (Entered: 07/11/2008) |
| 07/08/2008 | 18 | SUMMONS Returned Executed by Nina Shahin. Young Conaway Stargatt & Taylor LLP served on 6/23/2008, answer due 7/14/2008. (mmm) (Entered: 07/11/2008) |
| 07/08/2008 | 19 | SUMMONS Returned Executed by Nina Shahin. Sheila A. Dougerty served on 6/24/2008, answer due 7/14/2008. (mmm) (Entered: 07/11/2008) |
| 07/08/2008 | 20 | Summons Returned Unexecuted by Nina Shahin as to Linda Lavender. (mmm) |

| | | (Entered: 07/11/2008) |
|---|---|---|
| 07/09/2008 | 5 | NOTICE of Appearance by Norman H. Brooks, Jr on behalf of Liguori Morris & Yiengst (Attachments: # 1 Certificate of Service to Entry of Appearance of Norman H. Brooks, Jr., Esquire and Theodore J. Segletes, III, Esquire on behalf of Defendant Liguori, Morris & Yiengst)(Brooks, Norman) (Entered: 07/09/2008) |
| 07/09/2008 | 6 | NOTICE of Appearance by Theodore John Segletes, III on behalf of Liguori Morris & Yiengst (Attachments: # 1 Certificate of Service to Entry of Appearance of Norman H. Brooks, Jr., Esquire and Theodore J. Segletes on beahlf of Defendant Liguori, Morris & Yiengst)(Segletes, Theodore) (Entered: 07/09/2008) |
| 07/14/2008 | 21 | ORDER Extending Time to Answer re 18 Summons Returned Executed filed by Nina Shahin, 13 Summons Returned Executed filed by Nina Shahin, 9 Summons Returned Executed filed by Nina Shahin, 19 Summons Returned Executed filed by Nina Shahin, 14 Summons Returned Executed filed by Nina Shahin, 10 Summons Returned Executed filed by Nina Shahin, 8 Summons Returned Executed filed by Nina Shahin, 12 Summons Returned Executed filed by Nina Shahin, 16 Summons Returned Executed filed by Nina Shahin, 15 Summons Returned Executed filed by Nina Shahin, 17 Summons Returned Executed filed by Nina Shahin, 11 Summons Returned Executed filed by Nina Shahin. Signed by Chief Judge Gregory M. Sleet on 7/14/08. (mmm) (Entered: 07/14/2008) |
| 07/14/2008 | 22 | MOTION to Dismiss Based upon Judicial Immunity - filed by Myron T. Steel, Linda Lavender, Sheila A. Dougerty, Pamela A. Darling, Merrill C. Trader, Rosemary Betts Beauregard, Robert B. Young, William L. Witham, Jack B. Jacobs, Carolyn Berger, Henry DuPont Ridgely. (Attachments: # 1 Memo in Support of Motion to Dismiss, # 2 Attachments to Memo in Support of Motion to Dismiss)(Slattery, Kevin) (Entered: 07/14/2008) |
| 07/14/2008 | 23 | MOTION to Dismiss for Failure to State a Claim - filed by Young Conaway Stargatt & Taylor LLP. (Morse, Richard) (Entered: 07/14/2008) |
| 07/14/2008 | 24 | OPENING BRIEF in Support re 23 MOTION to Dismiss for Failure to State a Claim filed by Young Conaway Stargatt & Taylor LLP.Answering Brief/Response due date per Local Rules is 7/31/2008. (Morse, Richard) (Entered: 07/14/2008) |
| 07/18/2008 | 25 | MOTION for Sanctions - filed by Nina Shahin. (Attachments: # 1 Exhibits) (mmm) (Entered: 07/21/2008) |
| 07/22/2008 | 26 | Letter to Judge Sleet from Kevin Slattery, Deputy Attorney General regarding Corrected Page in State's Memorandum in Support of Motion to Dismiss. (Slattery, Kevin) (Entered: 07/22/2008) |
| 07/24/2008 | 27 | MOTION to Dismiss for Failure to State a Claim - filed by Liguori Morris & Yiengst. (Segletes, Theodore) (Entered: 07/24/2008) |
| 07/24/2008 | 28 | OPENING BRIEF in Support re 27 MOTION to Dismiss for Failure to State a Claim *with Appendix and Proposed Order* filed by Liguori Morris & |

|  |  |  |
|---|---|---|
|  |  | Yiengst.Answering Brief/Response due date per Local Rules is 8/11/2008. (Attachments: # 1 Appendix Exhibits 1 - 6, # 2 Text of Proposed Order) (Segletes, Theodore) (Entered: 07/24/2008) |
| 07/31/2008 | 29 | ANSWERING BRIEF in Opposition re 22 MOTION to Dismiss Based upon Judicial Immunity filed by Nina Shahin.Reply Brief due date per Local Rules is 8/11/2008. (Attachments: # 1 Tab 1, # 2 Tab 2, # 3 Tab 3, # 4 Tab 4, # 5 Tab 5, # 6 Tab 6, # 7 Tab 7, # 8 Tab 8, # 9 Tab 9, # 10 Tab 10, # 11 Tab 11 - Pt.1, # 12 Tab 11 - Pt. 2, # 13 Tab 12, # 14 Tab 13, # 15 Tab 14, # 16 Tab 15, # 17 Tab 16, # 18 Tab 17, # 19 Tab 18, # 20 Tab 19, # 21 Tab 20, # 22 Tab 21, # 23 Tab 22, # 24 Tab 23, # 25 Tab 24, # 26 Tab 25, # 27 Tab 26, # 28 Tab 27, # 29 Tab 28, # 30 Tab 29, # 31 Tab 30, # 32 Tab 31, # 33 Tab 32, # 34 Tab 33, # 35 Tab 34, # 36 Tab 35, # 37 Tab 36)(mmm) (Entered: 08/01/2008) |
| 08/11/2008 | 30 | REPLY to Response to Motion re 22 MOTION to Dismiss Based upon Judicial Immunity filed by Myron T. Steel, Merrill C. Trader, William L. Witham. (Slattery, Kevin) (Entered: 08/11/2008) |
| 08/11/2008 | 31 | REPLY BRIEF re 23 MOTION to Dismiss for Failure to State a Claim *with Certificate of Service* filed by Young Conaway Stargatt & Taylor LLP. (Morse, Richard) (Entered: 08/11/2008) |
| 08/11/2008 | 32 | RESPONSE to Motion re 25 MOTION for Sanctions *(Rule 11) with Certificate of Service* filed by Young Conaway Stargatt & Taylor LLP. (Morse, Richard) (Entered: 08/11/2008) |
| 08/12/2008 |  | CORRECTING ENTRY: The entry text in D.I.'s 31 and 32 has been corrected to reflect the filer as Young Conaway Stargatt and Taylor, LLP. (asw) (Entered: 08/12/2008) |
| 08/12/2008 | 33 | SUMMONS Returned Executed. Linda Lavender served on 7/25/2008, answer due 8/14/2008. (mmm) (Entered: 08/14/2008) |
| 08/12/2008 | 34 | MOTION for Sanctions - filed by Nina Shahin. (mmm) (Entered: 08/14/2008) |
| 08/12/2008 | 35 | ANSWERING BRIEF in Opposition re 27 MOTION to Dismiss for Failure to State a Claim filed by Nina Shahin.Reply Brief due date per Local Rules is 8/22/2008. (Attachments: # 1 Tab 1, # 2 Tab 2, # 3 Tab 3, # 4 Tab 4, # 5 Tab 5, # 6 Tab 6, # 7 Tab 7, # 8 Tab 8, # 9 Tab 9, # 10 Tab 10, # 11 Tab 11)(mmm) (Entered: 08/14/2008) |
| 08/15/2008 | 36 | Letter to The Honorable Gregory M. Sleet, Chief Judge from Attorney Theodore J. Segletes, III regarding Plaintiff's Motion for Rule 11 Sanctions. (Attachments: # 1 Exhibit 1 (Replacement pages to LMY's Opening Brief in Support of its Motion to Dismiss), # 2 Exhibit 2 (Certificate of Service re: Entry of Appearance of LMY's attorneys), # 3 Certificate of Service)(Segletes, Theodore) (Entered: 08/15/2008) |
| 08/18/2008 | 37 | MOTION for Sanctions against Richard H. Morse, Esq. - filed by Nina Shahin. (mmm) (Entered: 08/18/2008) |

---

| PACER Service Center |
|---|

| Transaction Receipt | | | |
| --- | --- | --- | --- |
| 08/19/2008 13:56:21 | | | |
| PACER Login: | dj0024 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:08-cv-00295-GMS Start date: 1/1/1970 End date: 8/19/2008 |
| Billable Pages: | 4 | Cost: | 0.32 |